ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 JAN 25 PM 1:47
DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. |
| JONATHAN DONALD REYNOLDS | 4:22-cr-23-O |

## INDICTMENT

The Grand Jury charges:

Count One
False Statement During Purchase of a Firearm
(Violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

On or about September 23, 2021, in the Fort Worth Division of the Northern District of Texas, the defendant, **Jonathan Donald Reynolds**, in connection with the attempted acquisition of a firearm, a Glock 17, 9mm, handgun with serial number BSWB404, from NTX Lead Heads LLC, located at 1029 N Saginaw Blvd, Suite F6, Saginaw, TX, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to NTX Lead Heads LLC, which statement was intended and likely to deceive NTX Lead Heads LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he had never been convicted of a felony offense and that he was not currently a fugitive from justice.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL:

*Natalie Wilson*
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*Rob K Li, III*
ROBERT K. NICHOLS, III
Assistant United States Attorney
Alabama State Bar No. 3313T64N
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8634
Email: Robert.Nichols2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JONATHAN DONALD REYNOLDS (01)

INDICTMENT

18 U.S.C. §§ 922(a)(6) and 924(a)(2)
False Statement During Purchase of a Firearm
(Count 1)

1 Count

A true bill rendered

_____
DALLAS                                FOREPERSON

Filed in open court this 25 day of January, 2022.

**No Warrant Needed**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending